UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JESSICA PETRAVICH | : | CIVIL ACTION NO. 1:23-cv-10845 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOGAN AIRPORT PARTNERS, LLC | : | |
| and JETBLUE AIRWAYS CORPORATION: | | |
| Defendants. | : | APRIL 19, 2023 |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, JETBLUE AIRWAYS CORPORATION ("JetBlue"), hereby removes this state court action to this Court, which was originally filed in the Boston Municipal Court, East Boston Division, Suffolk County, Massachusetts.

In support of its Notice of Removal, JetBlue avers as follows:

1. This action is properly subject to removal under 28 U.S.C. § 1441, because it is a civil action of which this Court has original jurisdiction conferred by 28 U.S.C. § 1332 on the basis of diversity of citizenship of the parties.

2. Plaintiff is a citizen and resident of the State of Florida.

3. JetBlue a Delaware corporation with a principal place of business in New York.

4. The amount in controversy is in excess of $75,000, exclusive of interest and costs, in that Plaintiff alleges unspecified damages for having sustained multiple injuries to her person, and continues to suffer bodily injury along with other compensable harms and losses, and the Commonwealth of Massachusetts practice does not permit demand for a specific sum and permits recovery of damages in excess of the procedural jurisdiction of the state court in which her action was

filed.

5. On information and belief the first-named defendant, Logan Airport Partners, LLC, is a Delaware corporation with a principal place of business in Washington, D.C., that on January 16, 2015 it filed a Certificate of Withdrawal as a foreign limited liability company doing business in Massachusetts, and Plaintiff's attempted April 7, 2023 service of process on Logan Airport Partners, LLC's former registered agent for service of process in Massachusetts was rejected and returned.

6. This Notice of Removal is being filed within the limitations periods of 28 U.S.C. §1446(b) and (c).

6. The Complaint was filed on January 11, 2023 with the Boston Municipal Court, East Boston Division, Suffolk County, Massachusetts.

8. On information and belief the legal process was served on April 7, 2023 on JetBlue's Massachusetts agent for service of process.

9. Plaintiffs' action was docketed in and by the Boston Municipal Court, East Boston Division, Suffolk County, Massachusetts and assigned Docket No. 2305CV000004.  A copy of the pleadings filed with the state court is attached hereto.

10. Venue for this removed action is proper, pursuant to 28 U.S.C. §§ 1442(a) and 1446(b), because this Court is the United States District Court for the district and division embracing the place where the removed action was pending.

11.  JetBlue will file a copy of this Notice of Removal with the Clerk of the Boston Municipal Court, East Boston Division, Suffolk County, Massachusetts, pursuant to 28 U.S.C. § 1446(d).

12.  Promptly after the filing of this Notice of Removal, JetBlue shall give written notice thereof to all adverse parties.

13. After the removal of this action to this Court, JetBlue will obtain and file a state court clerk-certified copy of all pleadings filed in Plaintiff's Massachusetts Boston Municipal Court,

East Boston Division, Suffolk County, Massachusetts action.

JetBlue reserves its right to raise all defenses and objections in this action after the action is removed to this Court.

                                                 Respectfully submitted,

Defendant
JETBLUE AIRWAYS CORPORATION

  /s/ *Steven E. Arnold*
Steven E. Arnold BBO # 654157
sea@salaw.us
SA Law, P.C.
8 Whittier Place, Suite 14F
Boston, Massachusetts 02114
Telephone: (617) 670-0868
Facsimile: (508) 255-6185
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2023, the foregoing was filed electronically and served by U.S. Mail, postage prepaid, or by e-mail on all pro se parties and counsel of record as listed below:

Kiernan P. Perrotti, Esq., BBO # 708435
kperrotti@forthepeople.com
Morgan & Morgan
155 Federal Street, Suite 1502
Boston, MA 02110

                                                 /s/ *Steven E. Arnold*
                                                    Steven E. Arnold