## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

BOSTON MUNICIPAL COURT

CIVIL ACTION NO.:

JESSICA PETRAVICH,

     Plaintiff,

v.

    LOGAN AIRPORT PARTNERS, LLC and

    JETBLUE AIRWAYS CORPORATION

     Defendants.

## COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. The Plaintiff, Jessica Petravich, ("Plaintiff"), is an individual currently residing in Winter Park, Orange County, Florida.

2. The Defendant, Logan Airport Partners, LLC, is a foreign limited liability company that does business in the Commonwealth of Massachusetts.

3. The Defendant, Jetblue Airways Corporation, is a foreign corporation that does business in the Commonwealth of Massachusetts.

### FACTS

4. The Plaintiff repeats and realleges the allegations set forth in paragraphs 1-3 of this Complaint.

5. On or about September 28, 2022, the Plaintiff was lawfully on the Premises as a customer of Jetblue Airways Corporation, and a lawful invitee of Logan Airport Partners, LLC.

6. The Plaintiff was traversing the Premises via a jet-bridge from a Jetlue Airways Corporation

aircraft into the gate terminal of Logan Airport Partners, LLC.

7. Unbeknownst to the Plaintiff, there was a dangerous condition on the surface of the walkway of the Premises.

8. As the Plaintiff traversed the Premises, while at all times in exercise of due care, she was caused to trip and fall as a result of the aforementioned dangerous condition.

9. As a result of the fall, the Plaintiff sustained multiple injuries to her person.

## COUNT I- NEGLIGENCE

## (AGAINST LOGAN AIRPORT PARTNERS, LLC)

10. The Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 9 of this Complaint as though specifically stated herein.

11. At all times material hereto, the Defendant, Logan Airport Partners, LLC, owned, leased, managed, controlled, occupied, possessed, maintained, and/or had the right to control the Premises.

12. At the time of the incident, Defendant owed Plaintiff the duty of care under the circumstance.

13. At all times material hereto, Defendant, through its principals, agents, servants, employees, and/or representatives, was negligent and careless as to the Plaintiff in one or more of the following ways:

    a. in allowing the surface of the walkway of the Premises to become and remain unsafe;

    b. in failing to maintain the surface of the walkway of the Premises free of hazardous and dangerous conditions;

    c. in failing to adequately warn the Plaintiff of the defective and unsafe condition that caused the Plaintiff's injuries;

    d. in failing to erect safeguards or other structures to prevent Plaintiff from coming in

contact with the defective and unsafe condition;

  e.  in failing to remediate a hazard that was known or should have been known through reasonable inspections of the Premises;

  f.  in failing to comply with the applicable governmental codes and regulations in the construction, maintenance, upkeep, and use of the Premises; and

  g.  in other ways not yet known to the Plaintiff but that might be discovered as the case progresses.

14. Defendant's acts and/or omissions constitute a breach of the duty of due care owed to Plaintiff.

15. As a direct and proximate result of Defendant's breach of duty of due care, and of Defendant's negligence and carelessness, Plaintiff has suffered, and continues to suffer, bodily injury along with other compensable harms and losses.

     **WHEREFORE**, the Plaintiff, Jessica Petravich, demands judgment against the Defendant, Logan Airport Partners, LLC, in full, fair, and adequate amount to compensate the Plaintiff for all of the Plaintiff's incident related harms and losses, together with interest and costs.

## COUNT II- NEGLIGENCE

## (AGAINST JETBLUE AIRWAYS CORPORATION)

16. The Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 15 of this Complaint as though specifically stated herein.

17. At all times material hereto, Defendant, Jetblue Airways Corporation, owned, leased, managed, controlled, occupied, possessed, maintained, and/or had the right to control the Premises.

18. At the time of the incident, Defendant owed Plaintiff the duty of care under the circumstance.

19. At all times material hereto, Defendant, through its principals, agents, servants, employees, and/or representatives, was negligent and careless as to the Plaintiff in one or more of the following ways:

    a.  in allowing the surface of the walkway of the Premises to become and remain unsafe;

    b.  in failing to maintain the surface of the walkway of the Premises free of hazardous and dangerous conditions;

    c.  in failing to adequately warn the Plaintiff of the defective and unsafe condition that caused the Plaintiff's injuries;

    d.  in failing to erect safeguards or other structures to prevent Plaintiff from coming in contact with the defective and unsafe condition;

    e.  in failing to remediate a hazard that was known or should have been known through reasonable inspections of the Premises;

    f.  in failing to comply with the applicable governmental codes and regulations in the construction, maintenance, upkeep, and use of the Premises; and

    g.  in other ways not yet known to the Plaintiff but that might be discovered as the case progresses.

20. Defendant's acts and/or omissions constitute a breach of the duty of due care owed to Plaintiff.

    **WHEREFORE**, the Plaintiff, Jessica Petravich, demands judgment against the Defendant, Jetblue Airways Corporation, in full, fair, and adequate amount to compensate

the Plaintiff for all of the Plaintiff's incident related harms and losses, together with interest

and costs.

## <u>JURY DEMAND</u>

The Plaintiff hereby claims her right to a trial by jury of all claims so triable asserted at

any time, and of all defenses asserted at any time by any current or future-named defendants.


Respectfully submitted,
Plaintiff, Jessica Petravich,
By her attorney,

_____

Kiernan P. Perrotti, Esq.
BBO 708435
Morgan & Morgan
155 Federal Street, Suite 1502
Boston, MA 02110
(617) 912-4910
kperrotti@forthepeople.com


Dated: January 11, 2023

Date Filed: 1/11/2023 2:58 PM
BMC - East Boston
Docket Number:

| STATEMENT OF DAMAGES G.L. c. 218, § 19A(a) | DOCKET NO. | Trial Court of Massachusetts |
|---|---|---|

| PLAINTIFF(s) Jessica Petravich | DEFENDANT(s) JetBlue Airways Corporation and Logan Airport Partners, LLC | DATE FILED 1/11/2023 |
|---|---|---|

INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT AND BOSTON MUNICIPAL COURT CIVIL ACTIONS SEEKING MONEY DAMAGES

COURT DIVISION
East Boston Division, Boston Municipal Court

| TORT CLAIMS | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
| 1. Total hospital expenses: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 6,276.92+ |
| 2. Total doctor expenses: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| 3. Total chiropractic expenses: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| 4. Total physical therapy expenses: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| 5. Total other expenses (describe) _____ | $ _____ |
| SUBTOTAL: | $ 6,276.92+ |
| B. Documented lost wages and compensation to date: . . . . . . . . . . . . . . . . . | $ _____ |
| C. Documented property damages to date: . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| D. Reasonably anticipated future medical and hospital expenses: . . . . . . . . . . | $ _____ |
| E. Reasonable anticipated lost wages: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| F. Other documented items of damage (describe): _____ | $ _____ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury: right foot fractures and fracture blisters, right foot pain | |
| For this form, disregard double or treble damage claims; indicate single damages only. **TOTAL:** | $ 6,276.92+ |

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| ☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a) | |
| Provide a detailed description of the claim(s): _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| For this form, disregard double or treble damage claims; indicate single damages only. **TOTAL:** | $ |

| ATTORNEY FOR PLAINTIFF (OR UNREPRESENTED PLAINTIFF) | DEFENDANT'S NAME AND ADDRESS: |
|---|---|
| SIGNATURE *K-IPAC* | Logan Airport Partners, LLC |
| Kiernan P. Perrotti          DATE 1/11/2023 | 1050 17th Street, N.W. STE |
| PRINT OR TYPE NAME                    B.B.O. # | 1200Washington, D.C. 20036 |
| 155 Federal Street, Suite 1502        708435 | JetBlue Airways Corporation |
| ADDRESS Boston, MA 02110 | 27-01 Queens Plaza North, Long Island City, NY 11101 |

CERTIFICATION PURSUANT TO SJC RULE 1:18: I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney on Record: *K-IPAC*                                    Date: 1/11/2023

12.18

COMMONWEALTH OF MASSACHUSETTS

EAST BOSTON, SS

BOSTON MUNICIPAL COURT
CIVIL ACTION NO. 2285CV01257B

_____ )
JESSICA PETRAVICH )
    Plaintiff, )
 )
v. )
LOGAN AIRPORT PARTNERS, )
LLC and JETBLUE AIRWAYS )
CORPORATION )
    Defendants. )

## PLAINTIFF'S MOTION TO EXTEND TIME FOR
## SERVICE OF PROCESS

    Plaintiffs in the above-captioned matter respectfully move the Court to extend the time for filing the service of process for the Defendants, Logan Airport Partners, LLC and Jetblue Airways Corporation by sixty (60) days to Monday, May 22, 2023. As grounds in support of this motion, the Plaintiffs set forth the following:

1.     Plaintiff's counsel has received two original summons from the Boston Municipal Court Department East Boston Division.

2.     Plaintiff's counsel has not made service on either Defendant.

3.     The interests of judicial economy and fundamental fairness dictate that this motion should be allowed as Plaintiff has made a diligent effort to serve Defendant; and An additional sixty (60) days will be sufficient to complete this procedure.

    WHEREFORE, plaintiffs respectfully request that the Court extend the time to file the return of service for the Defendants, Logan Airport Partners, LLC and Jetblue Airways, Corporation.

Respectfully submitted,
The Plaintiff,
By her attorney:

_____ _____
Kiernan P. Perrotti, BBO #708435
Morgan & Morgan
155 Federal Street, Ste. 1502
Boston, MA 02110

Dated: April 4, 2023

COMMONWEALTH OF MASSACHUSETTS

EAST BOSTON, SS

BOSTON MUNICIPAL COURT
CIVIL ACTION NO. 2285CV01257B

JESSICA PETRAVICH )
     Plaintiff, )
     )
     )
v. )
LOGAN  AIRPORT  PARTNERS, )
LLC  and  JETBLUE  AIRWAYS )
CORPORATION )
     Defendants. )

## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF PROCESS

       Plaintiffs in the above-captioned matter respectfully move the Court to extend the time for filing the service of process for the Defendants, Logan Airport Partners, LLC and Jetblue Airways Corporation by sixty (60) days to Monday, May 22, 2023. As grounds in support of this motion, the Plaintiffs set forth the following:

1.    Plaintiff's counsel has received two original summons from the Boston Municipal Court Department East Boston Division.

2.    Plaintiff's counsel has not made service on either Defendant.

3.    The interests of judicial economy and fundamental fairness dictate that this motion should be allowed as Plaintiff has made a diligent effort to serve Defendant; and An additional sixty (60) days will be sufficient to complete this procedure.

       WHEREFORE, plaintiffs respectfully request that the Court extend the time to file the return of service for the Defendants, Logan Airport Partners, LLC and Jetblue Airways, Corporation.

*[Handwritten in left margin: 4/5/23 allowed (signature)]*

5. **You may lose this case if you do not send an Answer to the Court and the Plaintiff.** If you do not mail or deliver the Answer within 20 days, you may lose this case. You will have no opportunity to tell your side of the story and the Court may order that the Plaintiff receive everything requested in the Complaint. The Court may allow a motion permitting the Plaintiff take your property and/or wages. If you respond to the Complaint and appear at the hearing, you will get an impartial hearing by a judge. Even if you choose to discuss this matter with the Plaintiff (or the Plaintiff's lawyer), you should still send your Answer **within 20 days**. Even if you file an Answer, you can still reach an agreement with the Plaintiff.

6. **Legal Assistance.** You may wish to get legal help from a lawyer. **If you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.** You may also obtain information at www.mass.gov/courts/selfhelp.

7. **You can also sue the Plaintiff.** If you believe the Plaintiff owes you money or has harmed you in some way related to the lawsuit, you must describe that in your Answer. If you do not include these claims (called "Counterclaims") in your written response, **you may lose your ability to sue the Plaintiff** about anything related to this lawsuit.

8. **You or your attorney must attend all court hearings.** If you send your Answer to the Court and the Plaintiff, you will protect your rights. The Court will send you a notice telling you the date, time, and place of an impartial hearing before a judge. The judge will hear **both** sides of any arguments and schedule any additional hearings.

9. The civil number appearing on the front of this notice is the case docket number and must appear on the front of your Answer.

Witness Hon. John H. McDonald, Jr., First Justice on _____ 20___

(SEAL)

APR 18 2023

EAST BOSTON MUNICIPAL COURT

Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

April 10, 2023

I hereby certify and return that on 4/7/2023 at 9:00 AM I served a true and attested copy of the Summons, Complaint, Interrogatories & Request for Production of Docs. in this action in the following manner: To wit, by delivering in hand to Ross Depina, agent and person in charge at the time of service for Logan Airport Partners LLC, at 155 Federal Street Suite 700 CT Corporation System Boston, MA 02110 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Postage and Handling ($1.00) Total: $36.00

Deputy Sheriff    Joseph Casey

_____
*Deputy Sheriff*

# Commonwealth of Massachusetts

SUFFOLK, ss.

TRIAL COURT OF THE COMMONWEALTH
BOSTON MUNICIPAL COURT DEPARTMENT
EAST BOSTON DIVISION

*Jessica Petravich* ,
PLAINTIFF(S),

CIVIL NO. *2305CV000004*

v. *Logan Airport Partners, LLC and*
*Jet Blue Airways Corporation*
DEFENDANT(S)

**SUMMONS**

**FILED**
**APR 18 2023**
**EAST BOSTON**
**MUNICIPAL COURT**

THIS SUMMONS IS DIRECTED TO *as registered agent for Logan Airport Partners LLC*
*CT Corporation System*         .
(Defendant's name)

1. **This Notice is to inform you that you are being sued.** The person or business suing you is known as the Plaintiff. A copy of the Plaintiff's Complaint against you is attached and the original has been filed in the East Boston Division of the Boston Municipal Court Department. You must respond to this lawsuit in writing. If you do not respond, the Plaintiff may obtain a court order requiring you to pay money or provide other relief.

2. **You must respond within 20 days to protect your rights.** In order to protect your right to defend yourself in this lawsuit, you must deliver or mail a written response called an "Answer" to both the "Clerk's Office for Civil Business, Boston Municipal Court Department, East Boston Division, 37 Meridian Street, East Boston, MA 02128" and to the individual below:

*Ihieman Perrotti*         , at *155 Federal Street, Suite 1502, Boston MA 02110*
(name of Plaintiff or Plaintiff's attorney)                  (address)

Your Answer must be delivered or mailed within 20 days from the date the Summons was delivered to you. If you need more time to respond, you may request an extension of time in writing from the Court.

3. **Your Answer must respond to each claim made by the Plaintiff.** Your Answer is your written response to the statements made by the Plaintiff in the Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. You may agree with some of the things the Plaintiff says and disagree with other things. You may also say that you do not know whether one (or more) of the statements made in the Plaintiff's Complaint is true. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer. Even if you agree that you owe what is claimed, sending an Answer will provide you with an opportunity to participate and explain your circumstances.

4. **You must list any reason why you should not have to pay the Plaintiff what the Plaintiff asks for.** If you have any reason(s) why the Plaintiff should not get what the Plaintiff asks for in the Complaint, you must write those reasons (or "defenses") in your Answer.

Rev. 6/2015

5. **You may lose this case if you do not send an Answer to the Court and the Plaintiff.** If you do not mail or deliver the Answer within 20 days, you may lose this case. You will have no opportunity to tell your side of the story and the Court may order that the Plaintiff receive everything requested in the Complaint. The Court may allow a motion permitting the Plaintiff take your property and/or wages. If you respond to the Complaint and appear at the hearing, you will get an impartial hearing by a judge. Even if you choose to discuss this matter with the Plaintiff (or the Plaintiff's lawyer), you should still send your Answer **within 20 days.** Even if you file an Answer, you can still reach an agreement with the Plaintiff.

6. **Legal Assistance.** You may wish to get legal help from a lawyer. **If you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.** You may also obtain information at www.mass.gov/courts/selfhelp.

7. **You can also sue the Plaintiff.** If you believe the Plaintiff owes you money or has harmed you in some way related to the lawsuit, you must describe that in your Answer. If you do not include these claims (called "Counterclaims") in your written response, **you may lose your ability to sue the Plaintiff** about anything related to this lawsuit.

8. **You or your attorney must attend all court hearings.** If you send your Answer to the Court and the Plaintiff, you will protect your rights. The Court will send you a notice telling you the date, time, and place of an impartial hearing before a judge. The judge will hear **both** sides of any arguments and schedule any additional hearings.

9. The civil number appearing on the front of this notice is the case docket number and must appear on the front of your Answer.

Witness Hon. John E. McDonald, Jr., First Justice on _____, 20___.

(SEAL)

> FILED
> APR 18 2023
> EAST BOSTON
> MUNICIPAL COURT

_____
Clerk-Magistrate

NOTE: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

April 10, 2023

**I hereby certify and return that on 4/7/2023 at 8:40 AM I served a true and attested copy of the Summons, Complaint, Interrogatories & Request for Production of Docs. in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, agent and person in charge at the time of service for Jetblue Airways Corporation, at 84 State Street c/o Corporation Service Company Boston, MA 02109 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($5.12) Total: $41.42**

Deputy Sheriff    Joseph Cascy

*Joseph P. Casey*

_____
*Deputy Sheriff*

# Commonwealth of Massachusetts

SUFFOLK, ss.

TRIAL COURT OF THE COMMONWEALTH
BOSTON MUNICIPAL COURT DEPARTMENT
EAST BOSTON DIVISION

_Jessica Petravich_
PLAINTIFF(S),

v. _Logan Airport Partners, LLC and_
_JetBlue Airways Corporation_
DEFENDANT(S)

CIVIL NO. _2305CV000010_

**FILED**

APR 18 2023

EAST BOSTON
MUNICIPAL COURT

**SUMMONS**

THIS SUMMONS IS DIRECTED TO _Corporation Service Company_ _as Registered Agent for JetBlue Airways Corporation_
(Defendant's name)

    1. **This Notice is to inform you that you are being sued.** The person or business suing you is known as the Plaintiff. A copy of the Plaintiff's Complaint against you is attached and the original has been filed in the East Boston Division of the Boston Municipal Court Department. You must respond to this lawsuit in writing. If you do not respond, the Plaintiff may obtain a court order requiring you to pay money or provide other relief.

    2. **You must respond within 20 days to protect your rights.** In order to protect your right to defend yourself in this lawsuit, you must deliver or mail a written response called an "Answer" to both the "Clerk's Office for Civil Business, Boston Municipal Court Department, East Boston Division, 37 Meridian Street, East Boston, MA 02128" and to the individual below:

_Thieman Pewoti_ , at _155 Federal Street, Suite 1502, Boston MA 02111_
(name of Plaintiff or Plaintiff's attorney)                (address)

Your Answer must be delivered or mailed within 20 days from the date the Summons was delivered to you. If you need more time to respond, you may request an extension of time in writing from the Court.

    3. **Your Answer must respond to each claim made by the Plaintiff.** Your Answer is your written response to the statements made by the Plaintiff in the Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. You may agree with some of the things the Plaintiff says and disagree with other things. You may also say that you do not know whether one (or more) of the statements made in the Plaintiff's Complaint is true. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer. Even if you agree that you owe what is claimed, sending an Answer will provide you with an opportunity to participate and explain your circumstances.

    4. **You must list any reason why you should not have to pay the Plaintiff what the Plaintiff asks for.** If you have any reason(s) why the Plaintiff should not get what the Plaintiff asks for in the Complaint, you must write those reasons (or "defenses") in your Answer.

Rev. 6/2015